IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-40 (WLS-TQL-1) |
| | : |
| JORGE LUIS JIMENEZ RAMIREZ, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 20) submitted by the Defendant on April 9, 2024. Therein, Defendant states that additional time is necessary to review discovery and to discuss any possible plea negotiations or defenses (*Id.*) Defense Counsel also notes that Defendant does not speak English, and thus, additional time is necessary for further discussion and communication with Defendant. (*Id.*) Defense Counsel also states that the Government does not oppose the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue in the Interest of Justice (Doc. 20) is **GRANTED**. The pretrial conference set for April 16, 2024, is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August trial term beginning on August 5, 2024, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 11th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**